P. Kristofer Strojnik, SBN 242728
Law Offices of Peter Strojnik
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415.450.0100 (tel.)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:20-cv-01217-H-AHG |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SUITES LP, a California limited partnership dba Homewood Suites by Hilton San Diego – Del Mar, | |
| Defendant. | |

    Please take notice that this case has settled. The parties are in the process of memorializing the settlement and will file closing papers in the coming weeks.

    DATED this 20th day of February, 2021.

Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff Theresa Brooke