Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SUITES LP,<br><br>Defendant. | Case No: 20-cv-1217<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties stipulate and agree to dismiss the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 28th day of April, 2021.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff

/s/ Philip H. Stillman
Philip H. Stillman
Attorneys for Defendant